DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| 137P14 | Christopher Benjamin v. City of Durham and North Carolina Department of Transportation – Division of Motor Vehicles | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-909) | Denied |
|---|---|---|---|
| 138A94-4 | State v. Marlow Tyrone Williams | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Forsyth County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied **08/21/2014**<br><br>2. Allowed **08/21/2014**<br><br>3. Dismissed as Moot **08/21/2014** |
| 142P14 | State v. Norman Trevor Williams | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-871)<br><br>2. Motion for Withdrawal and Substitution of Counsel | 1. Denied<br><br>2. Allowed |
| 151P14 | Kimberly Shreve v. Kristen Fetter and Tina Hoagland Byrd | 1. Plt's *Pro Se* Motion to Change for Improper Venue<br><br>2. Plt's *Pro Se* Motion for Appeal | 1. Dismissed<br><br>2. Dismissed |
| 157P14 | In re Adoption of: "Baby Boy" born April 10, 2012 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA13-912) | Denied |
| 188A14 | State v. Laurence Alvin Lovette, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA 13-991)<br><br>2. State's Motion to Dismiss Appeal | 1. ---<br><br>2. Allowed |
| 194P14 | Roanoke Country Club, Inc., T&J Properties, LLC, Robert R. Martin and wife, Theresa W. Martin, and Reginald W. Ross, Jr. and wife, Delores Ross v. Town of Williamston | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA13-756) | Denied |